IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

THELMA S. ROGERS-GEARY                                PLAINTIFF

VS.                      CASE NO. 3:15CV00241 PSH

CAROLYN W. COLVIN, Acting Commissioner,
    Social Security Administration                         DEFENDANT

**JUDGMENT**

It is CONSIDERED, ORDERED, and ADJUDGED that this case be and it hereby is dismissed with prejudice. The relief sought is denied.

DATED this 14th day of March, 2016.

_____
UNITED STATES MAGISTRATE JUDGE